IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| JARVIS POUNCY §<br>And MARTESHA RICHARDSON, as next §<br>of friend to D.B., a minor child. §<br>  Plaintiff, §<br> §<br>v. §<br> §<br> §<br>WALT DISNEY PARKS AND RESORTS, §<br>US, INC. §<br>  Defendant. § | Civil Action No.<br>2:15-CV-00790-RWS-RSP |

## ORDER

Before the Court is Plaintiffs Jarvis Pouncy and Martesha Richardson, as Next of Friend to D.B., a minor child, and Defendant Walt Disney Parks and Resorts, US, Inc., Joint Motion to Dismiss with Prejudice. The Court GRANTS the motion. It is hereby ORDERED that all claims that were asserted by Plaintiffs against Defendant in the above-styled case are hereby DISMISSED WITH PREJUDICE. Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

**SIGNED this 26th day of October, 2015.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE